# United States Court of Appeals
## For the First Circuit

No. 04-1837

CLIFFORD GORFINKLE,

Plaintiff, Appellant,

and

DEBORAH A. GARSTON; PPA ALEXANDRA REBECCA JEAN GARSTON,

Plaintiffs,

v.

U.S. AIRWAYS, INC.; F.F. SANTARPIO,

Defendants, Appellees.

ERRATA

The opinion of this Court issued on December 7, 2005, is amended as follows:

On page 2, line 10, replace "in favor of Gorfinkle." with "in favor of U.S. Airways."